IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHENKER, INC., | No. C 07-01795 WHA |
| Plaintiff, | |
| v. | **ORDER REQUESTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |
| PREDATOR MOGULWEAR INC., | |
| Defendant. | |

The Court has received plaintiff's motion for default judgment and requests plaintiff to file a motion for entry of default judgment accordingly.

**IT IS SO ORDERED.**

Dated: December 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE